

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00060-CR

John **DONOHUE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3514
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 7, 2015.

_____
Luz Elena D. Chapa, Justice